UNITED STATES of America,
Plaintiff–Appellee

v.

Chris Richard DREW, Defendant–
Appellant.

No. 04–10972.

United States Court of Appeals,
Fifth Circuit.

Decided May 24, 2005.

Delonia Anita Watson, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff-Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellees unopposed motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that appellees unopposed motion to remand case to the United States District Court for the Northern District of Texas, Dallas Division for resentencing is granted.

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Clifford D. NEWELL, Defendant–
Appellant.

No. 04–60307.

United States Court of Appeals,
Fifth Circuit.

Decided May 24, 2005.

Harold Hendricks Brittain, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Mississippi, Jackson, MS, for Plaintiff–Appellee.

Gaines H. Cleveland, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Mississippi, Gulfport, MS, William Andy Sumrall, Jackson, MS, for Defendant–Appellant.

Before HIGGINBOTHAM, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.